**COM.**

v.

**FELTS, R.**

**2127 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–51–CR–0901423–2001 (Philadelphia)

Affirmed

**COM.**

v.

**BYRD, H.**

**2133 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

Reargument Denied 8/14/2017

CP–51–CR–0317152–1975 (Philadelphia)

Affirmed

**BRENGLE, D.**

v.

**BRENGLE, J.**

**2753 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

No. 06–25964 (Montgomery)

Vacated/Remanded

**COM.**

v.

**WILLIAMS, J.**

**2901 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–51–CR–0503781–1997 (Philadelphia)

Affirmed

**COM.**

v.

**HARMER, L.**

**2986 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–46–SA–0000689–2016 (Montgomery)

Affirmed